| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION | VOLUNTARY PETITION<br><br>Case No.  12 B |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle:<br>**AMMONS, JOANN** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years:<br>(include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8)  years: |
| Social Security/EIN/Tax ID No. (if more than one, state all):<br>XXX-XX-1445 | Social Security/EIN/Tax ID No. |
| Street Address of Debtor:<br>8409 S. Racine St.<br>Chicago, Illinois  60620 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Place of Business |
| Mailing Address of Debtor or of Joint Debtor (if different from street address) | |

Location of Principal Assets of Business Debtor (if different from street address):

| **Type of Debtor** | **Type of Business** | **Chapter of Bankruptcy Code of Filing** | |
|---|---|---|---|
| X__     Individual | __  Health Care Business | __  Chapter 7 | __ Chapter 15 Petition |
| ___     Corporation | __  Single Asset Real Estate as defined | __  Chapter 9 | for Recognition of |
| ___     Partnership | __   in 11 U.S.C. Section 101(51B) | __  Chapter 11 | Foreign Main Proceeding |
| ___     Other (if not one | __  Railroad | __  Chapter 12 | __ Chapter 15 Petition for |
| Of above entities, state | __  Stockbroker | _X_ Chapter 13 | Recognition of a Foreign |
| Type of entity below) | __  Commodity Broker | | Nonmain Proceeding |
| | __  Clearing Bank | **Nature of Debts** | |
| | __  Other | X__  Primarily Consumer  __ Primarily business | |
| | **Tax-Exempt Entity** | Debts, defined in 11 USC | |
| | __  Debtor is a tax-exempt | 101(8) as "incurred by an | |
| | organization under Title 26 | individual primarily for a | |
| | United States Code (the Internal | personal, family or house- | |
| | Revenue Code). | hold purpose." | |
| **Filing Fee** | | **Chapter 11 Debtors** | |
| __     Full filing fee attached | | __Debtor is a small business under 11 USC | |
| _X_     Filing fee to be paid in installments (individuals | | 101(51D). | |
| only).  Must attach signed application for court's consideration | | __ Debtor is not a small business under 11 | |
| certifying That debtor is unable to pay fee except in installments. | | USC 101(51D). | |
| Rule 1006(b).  See Official Form 3A. | | | |
| __     Filing Fee waiver requested (Chapter 7 individuals | | __  Debtor's aggregate noncontingent | |
| Only).  Must attch signed application for court's consideration. | | liquidated debts (excluding debts owed to | |
| See Official Form 3B. | | insiders or affiliates) are less than  $2,190,000. | |

**Statistical / Administrative Information**
_____     Debtor estimates that funds will be available for distribution to unsecured creditors.
X___     Debtor estimates that, after exempt property is excluded and administrative expenses
            paid, there  will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__  1 – 49        ____  50 – 99        ____  100 or more

**Estimated Assets**
_X_   $0 – $50,000        ____   $50,001 - $100,000  ___  $100,001 or greater

**Estimated Debts**
_X_   $0 – $50,000        ____    $50,001 - $100,000  ___   $100,001 or greater

| **VOLUNTARY PETITION** | Name of Debtor(s): | Page 2 |
|---|---|---|
| **AMMONS, JOANN** | | |

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:        Case Number:        Date of Filing:
Northern District Illinois    05-B-28734        7/20/2005
**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:        Case Number:        Date of Filing:
District:                Relationship:        Judge:

**Exhibit A**
 (To be completed if Debtor is required
To file periodic reports with the Securities
and Exchange Commission and requesting
relief under Chapter 11).
___ Exhibit A attached.

**Exhibit B** (to be completed if debtor is an individual whose debts
are primarily consumer debts)
I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the
foregoing Petition, declare that I have informed the Petitioner(s) that
she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United
States Code, and explained to her the relief available under each
Chapter.  I certify that I have delivered to Debtor the notice required by
Title 11 USC Section 342(b).
_____/s/_Michael J. Greco_____   2/27/2012
Signature of Michael J. Greco, Attorney for Debtor(s)   Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances  under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification.  (11 USC Section 362(1)).

**VOLUNTARY PETITION**             Name of Debtor(s):                              Page 3
**AMMONS, JOANN**

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/_ AMMONS, JOANN_____
Signature of Debtor AMMONS, JOANN




**Signature of Attorney***


Respectfully submitted,

By:_____/s/_Michael J. Greco____
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:   February 27, 2012




*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re:  AMMONS, JOANN,  Debtor.**           Case No.  **12 B**

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct. No. 220911861740<br>Nuvell<br>PO Box 380901<br>Bloomington, MN  55438-0901 | | Deficiency Claim | | $15,537.43 |
| Acct. 44455<br>The Cardiology Group LLC<br>2850 W. 95th St.<br>Evergreen Park, IL 60805-2701 | | Medical services | | $493.00 |
| Acct. 6823137<br>Medical Recovery Specialists, Inc.<br>2250 W. Devon Av., Suite 352<br>Des Plaines, IL 60018-4519 | | Medical services | | $200.00 |
| | | | TOTAL | $16,230.43 |

\_\_0\_\_ continuation sheets attached (Report also on Summary of Schedules)

**In re:  AMMONS, JOANN,  Debtor.**                    Case No.  **12 B**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Voluntary Petition and Schedule F, consisting of four sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:        2/27/2012

            Signature (electronic):_____/S/___ **AMMONS, JOANN**____
                    **AMMONS, JOANN**